THOMAS E. KINNEY, Respondent, *v.* ELLIS H. ROBERTS & Co.,
Appellant.

(Argued April 11, 1882; decided April 18, 1882.)

(Reported below, 26 Hun, 166.)

*W. N. Matteson* for appellant.

*E. D. Mathews* for respondent.

Agree to dismiss appeal.   No opinion.
All concur, except RAPALLO, J., absent
Appeal dismissed.

---

WATSON C. SQUIRE et al., Respondents, *v.* HENRY VILLARD,
Appellant.

(Argued April 11, 1882; decided April 18, 1882.)

*Artemus H. Holmes* for appellant.

*Wm. B. Hornblower* for respondents.

Agree to dismiss appeal.   No opinion.
All concur.
Appeal dismissed.